IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

INTENT IQ LLC,                                    :
                                                  :
            Plaintiff,                            :
                                                  :
      v.                                          :   Civil Action No. 25-865-MN
                                                  :
GROWTHCODE, LLC                                   :
                                                  :
            Defendant.                            :

### REQUEST TO THE CLERK OF COURT TO ENTER DEFAULT

Plaintiff Intent IQ LLC ("Plaintiff"), by his undersigned attorneys, hereby respectfully

requests an entry of default against Defendant GrowthCode LLC, pursuant to Federal Rule of

Civil Procedure Rule 55(a) ("Rule 55").  In support thereof, Plaintiff states as follows:

1.      On July 11, 2025, Plaintiff filed a Complaint against Defendant for infringement

of U.S. Patent No. 8,667,398.  *See* Declaration of Brian E. Farnan at ¶ 2 ("Farnan Declaration);

*see also* D.I. 1.  A true and correct copy of the Farnan Declaration is attached hereto as Exhibit

A.

2.      On July 14, 2025, Plaintiff effectuated service on Defendant at its registered agent

in Delaware, Spiegel & Utrera, P.A., 9 East Loockerman St. Ste. 202, Dover, DE 19901.  *See*

Farnan Declaration at ¶ 2; *see also* D.I. 6.  The deadline for Defendant to answer or otherwise

respond to the Complaint was August 4, 2025.  *See id.*

3.      Defendant has failed to plead or otherwise defend this action. *See* Farnan

Declaration at ¶ 3.

WHEREFORE, Plaintiff  Intent IQ LLC respectfully requests that the Clerk of Court

enter a default against Defendant GrowthCode LLC pursuant to Fed. R. Civ. P. 55(a).

Dated: August 21, 2025

*Of Counsel*:

Reza Mirzaie
Marc A. Fenster
Brian D. Ledahl
Adam S. Hoffman
James A. Milkey
Philip X. Wang
James Tsuei
Jonathan Ma
Joshua M. Scheufler
Daniel B. Kolko
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: 310-826-7474
Fax: 310-826-6991
rmirzaie@raklaw.com
mfenster@raklaw.com
bledahl@raklaw.com
ahoffman@raklaw.com
jmilkey@raklaw.com
pwang@raklaw.com
jtsuei@raklaw.com
jma@raklaw.com
jscheufler@raklaw.com
dkolko@raklaw.com

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300 (Telephone)
(302) 777-0301 (Facsimile)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Counsel for Plaintiff Intent IQ LLC