AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| Intent IQ, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> GrowthCode, LLC <br><br> *Defendant(s)* | Civil Action No. 25-cv-865-MN |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GrowthCode, LLC
c/o Jonathon Shaevitz
47 East 88th Street
#8B
New York, NY 10128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael J. Farnan
Farnan LLP
919 N. Market St., 12th Floor
Wilmington, Delaware 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/17/2025

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Delaware

Case Number: 1:25-CV-00865-MN

Plaintiff: **Intent IQ, LLC**
vs.
Defendant: **GrowthCode, LLC**

For:
Michael Farnan
FARNAN LLP
919 N. Market St.
12th Floor
Wilmington, DE 19801

Received by Nicoletti & Harris to be served on **GrowthCode, LLC c/o Jonathon Shaevitz, 47 East 88th Street, #8B, New York, NY 10128**.

I, Alex Colon, being duly sworn, depose and say that on the **22nd day of September, 2025** at **3:52 pm**, I:

served a **LIMITED LIABILITY COMPANY** by delivering a true copy of the **Alias Summons in a Civil Action with Complaint for Patent Infringement against GrowthCode, LLC. and Jury Trial Demanded and Exhibits 1 & 2** with the date and hour of service endorsed thereon by me, to: **Jonathan Shaevitz** as **Managing Director/ Authorized to Accept** for **GrowthCode, LLC**, at the address of: **47 East 88th Street, Lobby, New York, NY 10128**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 190, Hair: Bald, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

**Alex Colon**
2119478

**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
**(212) 267-6448**

Our Job Serial Number: NHI-2025022134

